UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGETTE BULLOCK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23 CV 1562 JMB |
| | ) |
| SSM HEALTH CARE ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Joint Stipulation filed on November 11, 2024, Plaintiff's claims against Defendant are dismissed with prejudice with each party to bear their own fees and costs.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of November, 2024.